United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Asif Mohammadali | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-CV-06209 |
| | § | |
| Markwayne Mullin , et al, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Dismiss in this instant action, and for good cause shown and the entire record herein, it is ORDERED that the above-captioned matter is hereby DISMISSED without prejudice.

Signed October 7, 2026.

Kenneth M. Hoyt
United States District Judge